UNITED STATES DISTRICT COURT 
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: STEPHEN A. CACIOLI<br>Debtor | CIVIL ACTION NO.:<br>3: 03-CV-220 (CFD) |
| D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, CADLEROCK JOINT VENTURE, L.P., and THE CADLE COMPANY<br>Plaintiffs/Appellants | ADV. PRO. NO.: 98-3239 |
| V. | |
| STEPHEN A. CACIOLI<br>Defendant/Appellee | NOVEMBER 13, 2003 |

FILED
2003 NOV 19 P 2:27
DISTRICT COURT
HARTFORD CT

## JOINT STATUS REPORT

A. **Nature of the Case**

1. Briefly describe the nature of this matter, the parties, the relief requested, and any relationship this case may have to other pending actions.

Creditors' appeal from an adversary proceeding in a bankruptcy case in which the bankruptcy court overruled Creditors/Plaintiffs' Objection, made pursuant to 11 U.S.C. Section 727(a), to the Defendant/Debtor's discharge. The parties are D.A.N. Joint Venture, A Limited Partnership, CadleRock Joint Venture, L.P., and The Cadle Company (Creditors/Plaintiffs), and Stephen A. Cacioli (Debtor/Defendant). The relief requested is the reversal of the bankruptcy court's judgment. This case has no relationship to other pending actions.

2. Are there any motions pending? If so, list them.

There is a motion pending before the bankruptcy court to stay the entry of the Debtor/Defendant's discharge until final adjudication of the appeal. There are no other motions pending.

    3. <u>Will this matter be tried to a jury or to the court?</u>

    <u>If it will be tried partially to each, explain</u>.

    Not applicable.

B. **<u>Discovery</u>**

    1. <u>Is discovery completed? If not, how much additional time is requested? Will there be a request for a modification of the Scheduling Order? What will be the request?</u>

    Not applicable.

C. **<u>Settlement</u>**

    1. <u>When was the last settlement conference and who conducted it?</u>

    No settlement conferences have been conducted.

    2. <u>Are there any outstanding reports due any party or the person conducting the settlement conference?</u>

    No.

    3. <u>Do the parties believe a settlement conference would be beneficial at this time?</u>

    No.

D. **<u>Trial Preparation</u>**

    1. <u>When will the case be ready for trial?</u>

    Not applicable.

    2. <u>What additional preparation, other than that previously discussed, is required?</u>

    Not applicable.

3. <u>Are there additional pleadings to be filed? If so, state their nature.</u>

   Not applicable.

4. <u>Has a joint trial memorandum been filed? If not, when is it due?</u>

   Not applicable.

Respectfully submitted:

PLAINTIFFS, D.A.N. JOINT VENTURE,
A LIMITED PARTNERSHIP,
CADLEROCK JOINT VENTURE, L.P., and
THE CADLE COMPANY

By _____
   Edward P. Jurkiewicz, Esquire
   Edward P. Jurkiewicz, LLC
   315 Albany Turnpike
   Canton, CT 06019
   Telephone: (860) 693-3638
   Their Counsel


DEFENDANT, STEPHEN A. CACIOLI

By _____
   Barbara H. Katz, Esquire
   Law Office of Barbara H. Katz
   57 Trumbull Street
   New Haven, CT 06510-1004
   Telephone: (203) 772-4828
   His Counsel

3

## **CERTIFICATION**

I hereby certify that a copy of the Joint Status Report was sent via first class United States mail, postage prepaid, this 18th day of November, 2003 to:

Barbara H. Katz, Esquire
57 Trumbull Street
New Haven, CT 06510-1004
(Counsel to Defendant/Appellee)

Office of the United States Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510-7016

Edward P. Jurkiewicz, Esquire