**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

www.ctd.uscourts.gov
February 10, 2005

3:03CV220 (DJS)     IN RE: STEPHEN A. CACIOLI

NOTICE OF TRANSFER

We have transferred the above-captioned case from the docket of the Honorable Christopher F. Droney, United States District Judge, to the docket of the Honorable Dominic J. Squatrito, Senior United States District Judge. Counsel should continue to file all future filings with the Office of the Clerk, 450 Main Street, Hartford, CT 06103. The initials DJS should appear after the case number.

By Order of the Court

Kevin F. Rowe, Clerk