UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re<br><br>STEPHEN A. CACIOLI<br><br>    Debtor<br>_____<br><br>D.A.N. JOINT VENTURE, A<br>LIMITED PARTNERSHIP; CANDLEROCK<br>JOINT VENTURE, L.P. ; and THE<br>CADLE COMPANY,<br><br>    Plaintiffs/Appellants,<br><br>v.<br><br>STEPHEN A. CACIOLI,<br><br>    Defendant/Appellee. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   No. 3:03CV220 (DJS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

    This action having come on for consideration of an appeal of a final decision of the bankruptcy court (Dabrowski, J.), before the Honorable Dominic J. Squatrito, United States District Judge, and

    The court having considered the full record of the case including applicable principles of law, and having filed its Memorandum of Decision and Order affirming the decision, it is therefore,

    ORDERED, ADJUDGED and DECREED that the decision of the bankruptcy court awarding judgment in favor of defendant Stephen A. Cacioli is affirmed.

    Dated at Hartford, Connecticut, this 9th day of November 2005.

                                              KEVIN F. ROWE, Clerk

                                       By  _____
                                                  Terri Glynn
                                                  Deputy Clerk