UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: STEPHEN A. CACIOLI<br>    Debtor | : CIVIL ACTION NO.:<br>: 2005 DEC -7 A 10: 09<br>: 3: 03-CV-220 (DJS) |
| D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, CADLEROCK JOINT VENTURE, L.P., and THE CADLE COMPANY<br>    Plaintiffs/Appellants | : NOTICE OF APPEAL |
| V. | |
| STEPHEN A. CACIOLI<br>    Defendant/Appellee | : DECEMBER 6, 2005 |

### NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, D.A.N. Joint Venture, A Limited Partnership, CadleRock Joint Venture, L.P., and The Cadle Company, in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered by the United States District Court in this action on the 9th day of November, 2005.

PLAINTIFFS

Dated: December 6, 2005

By: _____
Edward P. Jurkiewicz, Esquire
Federal Bar No.: ct04779
Edward P. Jurkiewicz, LLC
529 Main St., P.O. Box 222
New Hartford, CT 06057
Telephone: (860) 379-6552
Fax: (860) 379-6558
edwardjurkiewicz@sbcglobal.net
Attorney for Plaintiffs

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Appeal was sent via first class United States mail, postage prepaid, this 6th day of December, 2005 to:

Attorney Barbara H. Katz
57 Trumbull Street
New Haven, CT 06510-1004
(Counsel to Defendant)

Office of the United States Trustee
265 Church Street, Suite 1103
New Haven, CT 06510-7016

Edward P. Jurkiewicz, Esquire