UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 NOV -9 P 2: 18

DISTRICT COURT
HARTFORD, CT.

In re

STEPHEN A. CACIOLI

    Debtor

---

D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP; CANDLEROCK JOINT VENTURE, L.P. ; and THE CADLE COMPANY,

    Plaintiffs/Appellants,

v.

STEPHEN A. CACIOLI,

    Defendant/Appellee.

No. 3:03CV220 (DJS)

## JUDGMENT

This action having come on for consideration of an appeal of a final decision of the bankruptcy court (Dabrowski, J.), before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the full record of the case including applicable principles of law, and having filed its Memorandum of Decision and Order affirming the decision, it is therefore,

ORDERED, ADJUDGED and DECREED that the decision of the bankruptcy court awarding judgment in favor of defendant Stephen A. Cacioli is affirmed.

Dated at Hartford, Connecticut, this 9th day of November 2005.

KEVIN F. ROWE, Clerk

By /s/ Terri Glynn
Terri Glynn
Deputy Clerk