UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: STEPHEN A. CACIOLI<br>Debtor | : CIVIL ACTION NO.:<br>:<br>: 3: 03-CV-220 (DJS) |
| D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, CADLEROCK JOINT VENTURE, L.P., and THE CADLE COMPANY<br>Plaintiffs/Appellants | : NOTICE OF APPEAL |
| V. | |
| STEPHEN A. CACIOLI<br>Defendant/Appellee | : DECEMBER 7, 2005 |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, D.A.N. Joint Venture, A Limited Partnership, CadleRock Joint Venture, L.P., and The Cadle Company, in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered by the United States District Court in this action on the 9th day of November, 2005. Pursuant to this Court's "Notice of Time Limitations...", a copy of the judgment appealed from is attached hereto.

PLAINTIFFS

Dated: December 7, 2005

By: /s/ Edward P. Jurkiewicz
Edward P. Jurkiewicz, Esquire
Federal Bar No.: ct04779
Edward P. Jurkiewicz, LLC
529 Main St., P.O. Box 222
New Hartford, CT 06057
Telephone: (860) 379-6552
Fax: (860) 379-6558
edwardjurkiewicz@sbcglobal.net
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re<br><br>STEPHEN A. CACIOLI<br><br>Debtor | 2005 NOV -9 P 2: 18 |
| D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP; CANDLEROCK JOINT VENTURE, L.P. ; and THE CADLE COMPANY,<br><br>Plaintiffs/Appellants,<br><br>v.<br><br>STEPHEN A. CACIOLI,<br><br>Defendant/Appellee. | No. 3:03CV220 (DJS) |

## JUDGMENT

This action having come on for consideration of an appeal of a final decision of the bankruptcy court (Dabrowski, J.), before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the full record of the case including applicable principles of law, and having filed its Memorandum of Decision and Order affirming the decision, it is therefore,

ORDERED, ADJUDGED and DECREED that the decision of the bankruptcy court awarding judgment in favor of defendant Stephen A. Cacioli is affirmed.

Dated at Hartford, Connecticut, this 9th day of November 2005.

KEVIN F. ROWE, Clerk

By _____
Terri Glynn
Deputy Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing Amended Notice of Appeal was sent via first class United States mail, postage prepaid, this 7th day of December, 2005 to:

Attorney Barbara H. Katz
57 Trumbull Street
New Haven, CT 06510-1004
(Counsel to Defendant)

Office of the United States Trustee
265 Church Street, Suite 1103
New Haven, CT 06510-7016

Edward P. Jurkiewicz, Esquire

2