UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:  STEPHEN A. CACIOLI<br>　　　　　Debtor | : <br> : <br> : |
| D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP;<br>CADLEROCK JOINT VENTURE, L.P.; and<br>THE CADLE COMPANY<br>　　　　　Plaintiffs/Appellants | : <br> : <br> : <br> : <br> : |
| V. | :　　　　No. 3:03cv220 (DJS) |
| STEPHEN A. CACIOLI<br>　　　　　Defendant/Appellee | : <br> :　　　　JANUARY 6, 2006 |

## ORDER PURSUANT TO BANKRUPTCY RULE 8017

The foregoing <u>Motion for Stay, Nunc Pro Tunc, Pursuant to Bankruptcy Rule 8017</u> having come before this Court, and it appearing that the same should be granted, accordingly, it is

　　ORDERED:

　　__X__ the entry of a discharge order in the above-referenced bankruptcy case is stayed, *nunc pro tunc*, pending final disposition of the appeal of this Court's <u>Judgment</u> (# 15) to the United States Court of Appeals for the Second Circuit.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

1/13/06

　　　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　　　United States District Judge