UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 FEB 10 A 10: 49

| | |
|---|---|
| D.A.N. JOINT VENTURE, A LIMITED PARTNERSHIP, CADLEROCK JOINT VENTURE, L.P., and THE CADLE COMPANY<br>Plaintiffs/Appellants | : CV. NO. 3: 03-CV-220-djs<br>:<br>: USCA NO. 05-6651-bk<br>: |
| VS. | : |
| STEPHEN A. CACIOLI<br>Defendant/Appellee | :<br>: FEBRUARY 9, 2006 |

### INDEX TO THE RECORD ON APPEAL

Certified copy of docket sheet

No. of pages

Document No.

| | |
|---|---|
| Notice of Docketing Bankruptcy Appeal, doc. #1 | 1 |
| Designation of Items to be Included in Record by Stephen A. Cacioli, doc. #3 | 2 |
| Designation of Items to be Included in Record on Appeal by D.A.N. Joint Venture, L.P., CadleRock Joint Venture, L.P., The Cadle Company, doc. #4 | 3 |
| Supplemental Designation of Items in Record on Appeal by D.A.N. Joint Venture, L.P., CadleRock Joint Venture, L.P., The Cadle Company, doc. #5 | 4 |
| Disclosure Statement by D.A.N. Joint Venture, L.P., CadleRock Joint Venture, L.P., The Cadle Company, doc. #6 | 5 |
| Appellants' Brief by D.A.N. Joint Venture, L.P., CadleRock Joint Venture, L.P., The Cadle Company, doc. #7 | 6 |
| Appellee's Brief by Stephen A. Cacioli, doc. #9 | 7 |
| Appellants' Reply Brief by D.A.N. Joint Venture, L.P., CadleRock Joint Venture, L.P., The Cadle Company, doc. #10 | 8 |
| Notice of Transfer; doc. #13 | 9 |

| | |
|---|---|
| Memorandum of Decision and Order, Squatrito, J., doc. #14 | 10 |
| Judgment, doc. #15 | 11 |
| Notice of Appeal by D.A.N. Joint Venture, L.P., CadleRock Joint Venture, L.P., The Cadle Company, doc. #16 | 12 |
| Amended Notice of Appeal by D.A.N. Joint Venture, L.P., CadleRock Joint Venture, L.P., The Cadle Company, doc. #17 | 13 |
| Motion for Stay, doc. #18 | 14 |
| Memorandum in Support of Motion for Stay, doc. #19 | 15 |
| Order Pursuant to Bankruptcy Rule 8017, Squatrito, J., doc. #20 | 16 |
| Court's Certificate | |

Dated at New Hartford, Connecticut this 9th day of February, 2006.

APPELLANTS,

By _____
Edward P. Jurkiewicz    ct04779
Edward P. Jurkiewicz, LLC
P.O. Box 222
New Hartford, CT 06057
Telephone: (860) 379-6552
Fax: (860) 379-6558
edwardjurkiewicz@sbcglobal.net
Their Attorney

## CERTIFICATION

    I hereby certify that a copy of the Index to the Record on Appeal was sent via first class United States mail, postage prepaid, this 9th day of February, 2006 to:

James Graham, Esquire
Pepe & Hazard
225 Asylum Street
Hartford, CT 062103

Edward P. Jurkiewicz, Esquire