

# MANDATE

# United States Court of Appeals

### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of September, two thousand six.

Before:  Hon. Roger J. Miner,
         Hon. Guido Calabresi,
                 *Circuit Judges*
         Hon. Jane A. Restani,
                 Judge*

DC: conn/NH  03-cv-220

Docket No. 05-6651-bk

---

In Re: Stephen A. Cacioli
D.A.N.  Joint Venture, et al.

            Plaintiffs-Appellants,

    - v.-

Stephen A. Cacioli,

            Defendant-Appellee.

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

ISSUED AS MANDATE

SEP 2 8 2006

A TRUE COPY
Roseann B. Mackechnie, CLERK
by _____
DEPUTY CLERK

---

* The Honorable Jane A. Restani, Chief Judge of the United States Court of International Trade, sitting by designation.

[Stamp: UNITED STATES COURT OF APPEALS / FILED / SEP -6 2006 / Roseann B. MacKechnie, CLERK / SECOND CIRCUIT]